HENRY N. CONKLIN et al., Respondents, *v.* SAMUEL L. MITCHELL, Appellant.

(Submitted January 8, 1874; decided May term, 1874.)

THIS was an action to recover the amount of a bill of lumber.

It appeared that, prior to the transaction, one T. C. Mitchell had purchased lumber of plaintiffs, which he failed to pay for. He then represented to plaintiffs that he was authorized by defendant to purchase lumber for him, to be used in repair of his buildings, leased to said T. C. Mitchell. The defendant had given authority to his son, Cornelius S. Mitchell, to pur-chase lumber to repair the buildings, and the first bill of

lumber got by T. C. was through the direction of his son; of this, however, defendant had no knowledge. This bill defendant paid, after his son had corrected it by striking out some small items of lumber which had been procured by T. C. for his own use. The amount of these items was subsequently paid to plaintiffs by T. C., who thereafter procured for his own use, but upon defendant's account, the bill in question. *Held*, that as T. C. never had any authority to purchase on defendant's account, and as defendant had not knowingly ratified any such purchase, he was not liable.

*Jno. E. Parsons* for the appellant.

*Anthony Barrett* for the respondents.

REYNOLDS, C., reads for reversal.
All concur.
Judgment reversed,